UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-60151-CR-DAMIAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JUAN BLANDON,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON CHANGE OF PLEA [ECF NO. 29]

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on May 8, 2026 [ECF No. 29]. To date, no party has filed an objection, and the time to do so has passed.[1]

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 29]** is **AFFIRMED AND ADOPTED**. Defendant, Juan Blandon's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Jared M. Strauss

---

[1] Magistrate Judge Strauss instructed that objections must be filed within three (3) days of the Report. *See* Report at 3.